IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MAURICE EUGENE DANIELS,**

    Petitioner,

vs.                                      **CASE NO. 4:05cv359-RH/WCS**

**JUDGE DEARING, et al.,**

    Respondents.
_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk. In an order filed September 30, 2005, Petitioner was directed to either pay the $5.00 filing fee or, alternatively, file a motion to proceed *in forma pauperis* by November 3, 2005. Doc. 3. Petitioner was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. To date, no response has been received from the Petitioner.

    A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert.*

*denied*, 493 U.S. 863 (1989).  Since Petitioner has failed to comply with an order or to prosecute this case, his petition should now be dismissed without prejudice.

Petitioner shall have a 15 day period after service of this report and recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for this failure to respond.  Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**DONE AND ORDERED** on November 8, 2005.


     S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**