IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE EUGENE DANIELS,

    Petitioner,

v.                                        CASE NO.  4:05cv359-RH/WCS

JUDGE DEARING, et al.,

    Respondents.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "This action is DISMISSED without prejudice."  The clerk shall close the file.

    SO ORDERED this 12th day of December, 2005.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge